IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| TIMOTHY MCCALLAN, | ) |
|---|---|
| Appellant, | ) |
| v. | ) CASE NO. 2:18-CV-604-WKW |
|  | ) CASE NO. 2:18-CV-608-WKW |
|  | ) (WO) |
| CARLY B. WILKINS, as Trustee for Debtors Allegro Law, LLC and Allegro Financial Services, LLC, | ) |
| Appellee. | ) |

## **ORDER**

Upon consideration of Appellant/Defendant McCallan's motions to Appear Telephonically at Hearing (2:18-CV-604 Doc. # 15, and 2:18-CV-608 Doc. # 17), it is ORDERED that the motions are GRANTED. It is the obligation of McCallan's counsel to make the appropriate technical arrangements with courtroom deputy, Wanda Robinson, at (334) 954-3977.

DONE this 4th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE